IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida
not-for-profit corporation, and
FELIX ESPOSITO, Individually,

CIVIL ACTION NO. 1:04-CV-12339-NMG

      Plaintiff(s),

vs.

SHERATON BOSTON CORPORATION,
a Massachusetts corporation,

      Defendant(s).
_____/

### NOTICE OF VOLUNTARY DISMISSAL

**COME NOW** Plaintiffs, by and through the undersigned counsel, and herein file this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was on this 24 of November, 2004 Faxed to:

David H. Raizman, Esquire
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, Ca 90101-2386
Fax: 310-576-2200

                  Respectfully Submitted,

                  FULLER, FULLER & ASSOCIATES, P.A.
                  *Attorneys for Plaintiffs*
                  12000 Biscayne Boulevard, Suite 609
                  North Miami, FL 33181
                  (305) 891-5199
                  (305) 893-9505 - fax

                  By: _____
                      O. Oliver Wragg, ESQ.
                      (BBO #643152) Of Counsel

FILE 3637 NOTICE OF VOLUNTARY DISMISSAL.wpd